IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| ANDRE BOURGEOIS<br><br>    Plaintiff<br>v.<br><br>LIVE NATION ENTERTAINMENT, INC.,<br>MONUMENTAL TICKETING LIMITED<br>PARTNERSHIP, and LYRIC PRODUCTIONS,<br>LLC<br><br>    Defendants | Case No. _____ |

## **LOCAL RULE 103.5(a) CERTIFICATION**

Defendants Live Nation Entertainment, Inc. ("Live Nation"), Monumental Ticketing Limited Partnership ("Monumental"), and Lyric Productions, LLC (the "Lyric"), by their attorneys, hereby certify, pursuant to Local Rule 103.5(a) of the United States District Court for the District of Maryland, that copies of all process, pleadings, and orders served upon the defendants in the state court action entitled *Bourgeois v. Live Nation Entertainment, Inc., Monumental Ticketing Limited Partnership, and Lyric Productions, LLC*, Case No. 24-C-11-007328, have been filed in the United States District Court for the District of Maryland as Exhibits B and C to the Notice of Removal.

January 5, 2012

                                              Robert J. Mathias (Bar No. 00253)
                                              James D. Mathias (Bar No. 06311)
                                              Melissa R. Roth (Bar No. 28051)
                                              DLA Piper LLP (US)
                                              6225 Smith Avenue
                                              Baltimore, Maryland 21209
                                              (410) 580-4000
                                              (410) 580-3000 (facsimile)
                                              robert.mathias@dlapiper.com
                                              james.mathias@dlapiper.com
                                              melissa.roth@dlapiper.com

*Counsel to Defendant Live Nation Entertainment, Inc.*

/s/ Patrick J. Carome (with permission)
Patrick J. Carome
Brent R. Bickley (Bar No. 29673)
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
(202) 663-6000
(202) 663-6363 (facsimile)
patrick.carome@wilmerhale.com
brent.bickley@wilmerhale.com

*Counsel to Defendant Monumental Ticketing Limited Partnership*

/s/ Lawrence J. Quinn (with permission)
Lawrence J. Quinn (Bar No. 07545)
Kelly M. Marzullo (Bar No. 28036)
TYDINGS & ROSENBERG LLP
100 East Pratt Street, 26th Floor
Baltimore, Maryland 21202
(410) 752-9700
(410) 727-5460 (facsimile)
lquinn@tydingslaw.com
kmarzullo@tydingslaw.com

*Counsel for Defendant Lyric Productions, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of January, 2012, copies of the foregoing Local Rule 103.5(a) Certification were served via first class mail, postage prepaid, and electronic mail, upon the following:

>Martin E. Wolf
>Richard S. Gordon
>Benjamin H. Carney
>GORDON & WOLF, CHTD.
>102 W. Pennsylvania Avenue, Suite 402
>Towson, Maryland 21204
>mwolf@gordon-wolf.com
>rgordon@gordon-wolf.com
>bcarney@gordon-wolf.com
>
>*Counsel for Plaintiff Andre Bourgeois*
>
>Patrick J. Carome
>Brent R. Bickley
>WILMER CUTLER PICKERING HALE and DORR LLP
>1875 Pennsylvania Avenue, NW
>Washington, D.C. 20006
>patrick.carome@wilmerhale.com
>brent.bickley@wilmerhale.com
>
>*Counsel for Defendant Monumental Ticketing Limited Partnership*
>
>Lawrence J. Quinn
>Kelly M. Marzullo
>TYDINGS & ROSENBERG LLP
>100 East Pratt Street, 26th Floor
>Baltimore, Maryland 21202
>lquinn@tydingslaw.com
>kmarzullo@tydingslaw.com
>
>*Counsel for Defendant Lyric Productions, LLC*

_/s/ Melissa R. Roth_
Melissa R. Roth