**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| Chambers of<br>**Ellen Lipton Hollander**<br>District Court Judge | 101 West Lombard Street<br>Baltimore, Maryland 21201<br>410-962-0742 |

April 18, 2014

LETTER TO COUNSEL

    Re:    *Bourgeois v. Live Nation Entertainment, Inc., et al.*
             Civil No.:  ELH-12-00058

Dear Counsel:

    As per our telephone conference held on April 17, 2014, I have enclosed a revised Scheduling Order. During the discovery period, the parties may pursue discovery pertinent to possible class certification. Unfortunately, during the lengthy conference, we did not address the matter of deposition hours. Given the nature of this case, I will permit each side to conduct 35 hours of depositions of fact witnesses, including parties, in lieu of the standard 15 hours. If this is not sufficient, I am confident that you will advise me accordingly.

    In light of our discussions, I ask defense counsel to notify me by April 23, 2014, as to whether the defense intends to pursue the Motion to Dismiss that was filed on April 9, 2014 (ECF 82).

    Finally, if the parties are amenable to a referral to a magistrate judge for a settlement conference, I ask that you let me know.

    Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such.

                                  Sincerely,

                                  /s/
                              Ellen Lipton Hollander
                              United States District Judge