IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
Baltimore Division

ANDRE BOURGEOIS

*Plaintiff*

vs.

LIVE NATION ENTERTAINMENT, INC., *et al.*

*Defendants*

Case No.: 1:12-cv-00058-ELH

**STIPULATION OF DISMISSAL OF COMPLAINT WITH PREJUDICE**

The parties to this action, pursuant to Rule 41 of the Federal Rules of Civil Procedure, stipulate and agree to the dismissal with prejudice of Plaintiff's Complaint.

Dated: July 9, 2014

| | |
|---|---|
| /s/ Benjamin H. Carney (with permission) | /s/ |
| Martin E. Wolf (Bar No. 09425) | Robert J. Mathias (Bar No. 00253) |
| Benjamin H. Carney (Bar No. 27984) | James D. Mathias (Bar No. 06311) |
| Gordon, Wolf & Carney Chtd. | Melissa R. Roth (Bar No. 28051) |
| 102 West Pennsylvania Avenue | DLA Piper LLP (US) |
| Suite 402 | 6225 Smith Avenue |
| Towson, Maryland 21204 | Baltimore, Maryland 21209 |
| (410) 825-2300 | (410) 580-4000 |
| (410) 825-0066 (facsimile) | (410) 580-3000 (facsimile) |
| mwolf@gordon-wolf.com | robert.mathias@dlapiper.com |
| bcarney@gordon-wolf.com | james.mathias@dlapiper.com |
| | melissa.roth@dlapiper.com |
| *Counsel for Plaintiff Andre Bourgeois* | *Counsel for Defendant Live Nation Entertainment, Inc.* |

/s/ Patrick J. Carome (with permission)
Patrick J. Carome (admitted *pro hac vice*)
Daniel P. Kearney (admitted *pro hac vice*)
Heather T. Mowell (Bar No. 30244)
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
(202) 663-6000
(202) 663-6363 (facsimile)
patrick.carome@wilmerhale.com
daniel.kearney@wilmerhale.com
heather.mowell@wilmerhale.com

*Counsel for Defendant Monumental Ticketing Limited Partnership*

/s/ Lawrence J. Quinn (with permission)
Lawrence J. Quinn (Bar No. 07545)
Kelly M. Marzullo (Bar No. 28036)
TYDINGS & ROSENBERG LLP
100 East Pratt Street, 26th Floor
Baltimore, Maryland 21202
(410) 752-9700
(410) 727-5460 (facsimile)
lquinn@tydingslaw.com
kmarzullo@tydingslaw.com

*Counsel for Defendant Lyric Productions, LLC*