IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| ANDRE BOURGEOIS<br><br>*Plaintiff*<br><br>vs.<br><br>LIVE NATION ENTERTAINMENT, INC., *et al.*<br><br>*Defendants* | Case No.: 1:12-cv-00058-ELH |

**STIPULATION OF DISMISSAL OF COMPLAINT WITH PREJUDICE**

The parties to this action, pursuant to Rule 41 of the Federal Rules of Civil Procedure, stipulate and agree to the dismissal with prejudice of Plaintiff's Complaint.

Dated: July 9, 2014

| | |
|---|---|
| /s/ Benjamin H. Carney (with permission) | /s/ |
| Martin E. Wolf (Bar No. 09425) | Robert J. Mathias (Bar No. 00253) |
| Benjamin H. Carney (Bar No. 27984) | James D. Mathias (Bar No. 06311) |
| Gordon, Wolf & Carney Chtd. | Melissa R. Roth (Bar No. 28051) |
| 102 West Pennsylvania Avenue | DLA Piper LLP (US) |
| Suite 402 | 6225 Smith Avenue |
| Towson, Maryland 21204 | Baltimore, Maryland 21209 |
| (410) 825-2300 | (410) 580-4000 |
| (410) 825-0066 (facsimile) | (410) 580-3000 (facsimile) |
| mwolf@gordon-wolf.com | robert.mathias@dlapiper.com |
| bcarney@gordon-wolf.com | james.mathias@dlapiper.com |
| | melissa.roth@dlapiper.com |
| *Counsel for Plaintiff Andre Bourgeois* | *Counsel for Defendant Live Nation Entertainment, Inc.* |

| | |
|---|---|
| __/s/ Patrick J. Carome (with permission)__ | __/s/ Lawrence J. Quinn (with permission)__ |
| Patrick J. Carome (admitted *pro hac vice*) | Lawrence J. Quinn (Bar No. 07545) |
| Daniel P. Kearney (admitted *pro hac vice*) | Kelly M. Marzullo (Bar No. 28036) |
| Heather T. Mowell (Bar No. 30244) | TYDINGS & ROSENBERG LLP |
| Wilmer Cutler Pickering Hale and Dorr LLP | 100 East Pratt Street, 26th Floor |
| 1875 Pennsylvania Avenue, NW | Baltimore, Maryland 21202 |
| Washington, D.C. 20006 | (410) 752-9700 |
| (202) 663-6000 | (410) 727-5460 (facsimile) |
| (202) 663-6363 (facsimile) | lquinn@tydingslaw.com |
| patrick.carome@wilmerhale.com | kmarzullo@tydingslaw.com |
| daniel.kearney@wilmerhale.com | |
| heather.mowell@wilmerhale.com | *Counsel for Defendant Lyric Productions, LLC* |
| | |
| *Counsel for Defendant Monumental Ticketing Limited Partnership* | |